# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1617
L.T. Case No. 2008-000788-CFAWS

_____

JERRY CASTO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Jerry Casto, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

September 17, 2024

PER CURIAM.

AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

WALLIS, KILBANE, and PRATT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————